AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas

**ENTERED**
June 19, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Galveston

UNITED STATES OF AMERICA

v.

**JIMMY WAYNE MCCARTNEY**

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)

CASE NUMBER: 2:18CR00245-001
USM NUMBER: 37065-479

Amr Ahmed, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) _1, 2, 3 and 5_ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Illegal possession of a controlled substance | 09/08/2019 |
| 2 | Failure to report as directed | 05/31/2020 |
| 3 | Failure to participate in an outpatient substance-abuse treatment program as directed | 03/17/2020 |
| 5 | Failure to participate in an inpatient substance-abuse treatment program as directed | 05/11/2020 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The Court made no findings on condition _4_ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0191
Defendant's Date of Birth: XX/XX/1990

City and State of Defendant's Residence:
League City, Texas

June 18, 2020
Date of Imposition of Judgment

_/s/ Jeff Brown_
Signature of Judge

**JEFFREY V. BROWN**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 19, 2020
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: **JIMMY WAYNE MCCARTNEY**
CASE NUMBER: **2:18CR00245-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 11 months.

This term consists of ELEVEN (11) months.

☒ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
The defendant to be designated to the Federal Medical Center in Fort Worth, Texas, if possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL